**CLMSAGNT, JNTADMN, TRANSOUT**

## U.S. Bankruptcy Court
## District of Delaware (Delaware)
## Bankruptcy Petition #: 17-11002-LSS

*Date filed:* 05/04/2017
*Assigned to:* Laurie Selber Silverstein
*Date transferred:* 06/08/2017
Chapter 11
Voluntary
Asset

*Debtor disposition:* Interdistrict Case Transfer

| | |
|---|---|
| *Debtor* | represented by **Mark D. Collins** |
| **Strack & Van Til Super Market, Inc.** | Richards, Layton & Finger, P.A. |
| 2244 45th Street | One Rodney Square |
| Highland, IN 46322 | 920 North King Street |
| LAKE-IN | Wilmington, DE 19801 |
| Tax ID / EIN: 35-1052184 | 302 651-7700 |
| | Fax : 302-651-7701 |
| | Email: collins@RLF.com |

*U.S. Trustee*
**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302)-573-6491

*Claims Agent*
**Prime Clerk LLC**
www.primeclerk.com
830 Third Avenue
9th Floor
New York, NY 10022
212-257-5450

| Filing Date | # | Docket Text |
|---|---|---|
| 05/04/2017 | 1 (24 pgs) | |

| | | |
|---|---|---|
| | | Chapter 11 Voluntary Petition . Fee Amount $1717. Filed by Strack & Van Til Super Market, Inc.. (Collins, Mark) (Entered: 05/04/2017) |
| 05/04/2017 | | Judge Brendan Linehan Shannon added to case. (Drechsler, Stacey) (Entered: 05/04/2017) |
| 05/04/2017 | [2](#) (16 pgs) | Motion for Joint Administration Filed by Central Grocers, Inc.. (Collins, Mark) (Entered: 05/04/2017) |
| 05/04/2017 | 3 | Receipt of filing fee for Voluntary Petition (Chapter 11)(17-11002) [misc,volp11a] (1717.00). Receipt Number 8437448, amount $1717.00. (U.S. Treasury) (Entered: 05/04/2017) |
| 05/04/2017 | 4 | Judge Laurie Selber Silverstein added to case. Involvement of Judge Brendan Linehan Shannon Terminated (BA) (Entered: 05/04/2017) |
| 05/05/2017 | [5](#) (6 pgs) | Order Authorizing Joint Administration. An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Central Grocers, Inc., CGI Joliet, LLC, Currency Express, Inc., Raceway Central,LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, Raceway Central Wheaton LLC, Strack and Van Til Super Market, Inc., and SVT, LLC. The docket in Case No. 17-10993 (LSS)] should be consulted for all matters affecting this case Order Signed on 5/5/2017 (LMD) (Entered: 05/05/2017) |
| 05/07/2017 | [6](#) (1 pg) | Request for Service of Notices. Filed by Synchrony Bank. (Smith, Valerie) (Entered: 05/07/2017) |
| 06/20/2017 | [7](#) (2 pgs) | Order Transferring Case to the Northern District of Illinois. Signed on 6/20/2017. (NAB) (Entered: 06/20/2017) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 06/22/2017 07:37:54 |

| **PACER Login:** | ux5055:4280426:0 | **Client Code:** | |
|---|---|---|---|

| **Description:** | Docket Report | **Search Criteria:** | 17-11002-LSS Fil or Ent: filed From: 4/21/2010 To: 6/22/2017 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 1 | **Cost:** | 0.10 |